**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAUL OSVALDO ROSALES,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00091-JAD-DJA<br><br>**ORDER**<br><br>ECF No. 18 |

　　Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Monday, June 26, 2023 at 11:00 a.m., be vacated and continued to October 2, 2023, at 11:00 a.m.

　　DATED this 16th day of June, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE