UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAUL OSVALDO ROSALES,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00091-JAD-DJA<br><br>**ORDER**<br><br>ECF No. 22 |

　　Based on the parties' stipulation IT IS ORDERED that the revocation hearing currently scheduled for Monday, October 2, 2023 at 11:00 a.m., be vacated and continued to January 8, 2024, at 10:30 a.m.

　　DATED this 28th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE