UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RAUL OSVALDO ROSALES,<br><br>　　　　Defendant. | Case No. 2:23-cr-00091-JAD-DJA<br><br>**ORDER**<br><br>ECF No. 24 |

　　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for January 8, 2024 at 10:30 a.m., be vacated and continued to April 15, 2024, at 10:00 a.m.

　　　DATED this 20th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE