RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Raul Osvaldo Rosales

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAUL OSVALDO ROSALES,<br><br>　　　　Defendant. | Case No. 2:23-cr-00091-JAD-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Raul Osvaldo Rosales, that the Revocation Hearing currently scheduled on April 15, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than two (2) weeks.

This Stipulation is entered into for the following reasons:

1.　Defense counsel is out of the district on the currently scheduled date. Government counsel has a conflict with the time of the currently scheduled hearing.

2.　The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 9th day of April, 2024.

RENE L. VALLADARES                          JASON M. FRIERSON
Federal Public Defender                      United States Attorney


By /s/ Aden Kahssai                          By /s/ Edward G. Veronda
ADEN KAHSSAI                                  EDWARD G. VERONDA
Assistant Federal Public Defender            Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

RAUL OSVALDO ROSALES,

               Defendant.

Case No. 2:23-cr-00091-JAD-DJA

**ORDER**

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 15, 2024 at 10:00 a.m., be vacated and continued to ___April 29, 2024___ at the hour of 11:00 a.m.

      DATED this 10th day of April, 2024.

_____

UNITED STATES DISTRICT JUDGE

3